| CDIL PROB 22 (Rev. 4/97) | | DOCKET NUMBER (Tran. Court) 89-30097 and 89-30101 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) 05-10091-GAO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Springfield |
|---|---|---|
| MYLES CONNOR 21 RESIDENTIAL LANE BLACKSTONE, MA 01504 | NAME OF SENTENCING JUDGE HONORABLE JOE BILLY McDADE | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/09/00 — TO 06/08/05 |

**OFFENSE**

Possession of Cocaine with Intent to Distribute, Interstate Transport of Stolen Property, Distribution of Controlled Substance (2 counts), Conspiracy to Distribute Over 500 Grams of Cocaine, and Attempted Escape

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

3/31/05 — Date

HONORABLE JOE BILLY McDADE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/31/05 — Effective Date

United States District Judge

:js

TOTAL P.05