AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of _MA_

US

v.

Myles Connor

**APPEARANCE**

CASE NUMBER: 05-10091 GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   MYLES J. CONNOR, JR

I certify that I am admitted to practice in this court.

_6-08-05_
Date

_[signature]_
Signature

_MARTIN K. LEPPO_   _29440_
Print Name                              Bar Number

_2 CHRISTYS DR_
Address

_BROCKTON_    _MA_
City              State              Zip Code

_508-580-3733_   _508-580-4541_
Phone Number              Fax Number