UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES, | ) | No. 05-cr-10091-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| MYLES CONNOR, | ) | |

### ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME

Defendant, Myles J. Connor, Jr., through undersigned counsel, hereby moves for a continuance from July 27, 2005 until September 27, 2005 of the status conference in this case. Assistant United States Attorney Mitchell assents to defendant's request for continuance.

As grounds and reasons therefore, defendant states that a motion to dismiss was filed in Middlesex Superior Court, heard by Lauriat, J. and is now under advisement. Counsel for the defendant does not expect a decision prior to next week. Therefore, defendant requests, with the assent of the Government, a continuance of the status conference scheduled for July 27, 2005 and respectfully requests that the Court exclude the period of time from July 27, 2005 through September.

Respectfully Submitted,

Myles J. Connor, Jr.

By His Attorney,

/s/ Martin K. Leppo
Martin K. Leppo
BBO #294480
7 Christy's Drive, Suite 1
Brockton, MA 02301
(508) 580-3733

MICHAEL J. SULLIVAN
United States Attorney

/s/ Jonathan F. Mitchell (by MKL)
Jonathan F. Mitchell
Assistant U.S. Attorney

Date:   July 26, 2005

## CERTIFICATE OF SERVICE

I, Martin K. Leppo, certify that on this 26th day of July, 2005, a true copy of the foregoing Assented To Motion To Continue Status Conference and To Exclude Time has been served, via facsimile and first class mail, upon the following:

Jonathan F. Mitchell
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3960

/s/ Martin K. Leppo
Martin K. Leppo

2