UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES, | ) | No.  05-cr-10091-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| MYLES CONNOR, | ) | |

## STATUS REPORT AND REQUEST FOR HEARING

Defendant, Myles J. Connor, Jr., through undersigned counsel, hereby submits the following as a status on his outstanding criminal case in Middlesex Superior Court:

1.	On Tuesday, November 8, 2005 at approximately 10:36 a.m. a Middlesex County jury found Myles Connor (Myles J. Connor, Jr.) not guilty on the indictment charging him with accessory after the fact to larceny over $250.00; and

2.	Middlesex County District Attorney's Office entered a *nolle prosequi* on all other outstanding indictments.

Therefore, defendant respectfully requests that his case pending in United States District Court (Massachusetts) be set for a status conference and thereafter a hearing date set.

Respectfully Submitted,

Myles J. Connor, Jr.
By His Attorney,


/s/ Martin K. Leppo
Martin K. Leppo
BBO #294480
7 Christy's Drive, Suite 1
Brockton, MA 02301
(508) 580-3733


**CERTIFICATE OF SERVICE**

I, Martin K. Leppo, certify that on this 8th day of November, 2005, a true copy of the foregoing Status Report and Request for Hearing has been served, via facsimile, upon the following:


Jonathan F. Mitchell
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
*(617) 748-3960*


Michael Forman
U.S. Probation Officer
Federal Probation Services
595 Main Street
Worcester, MA 01608-2076
*(508) 929-9938*


/s/ Martin K. Leppo
Martin K. Leppo