# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA
v.
MYLES CONNOR

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

**Case Number:** 1: 05 CR 10091 - 001 - GAO

MARTIN LEPPO, ESQUIRE
Defendant's Attorney

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) #9 of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| II | The defendant shall not associate with any persons engages in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer. | |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

days of any change of name, residence, or maling address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: Unknown

Defendant's Date of Birth: 00-00-1943

Defendant's USM No.: unknown

Defendant's Residence Address:
21 Residential Lane
Blackstone, MA 01504

Defendant's Mailing Address:
Same as above

12/07/05
Date of Imposition of Judgment

The Honorable George A. O'Toole
Signature of Judicial Officer

Judge, U.S. District Court
Name & Title of Judicial Officer

December 7, 2005
Date

Continuation Page - Nature of Violations

| CASE NUMBER: | 1: 05 CR 10091 - 001 - GAO | Judgment - Page of 2 |
| --- | --- | --- |
| DEFENDANT: | MYLES CONNOR | |

| Violation Number | Nature of Violation | Date Violation Concluded |
| --- | --- | --- |
| | | |

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER: **1: 05 CR 10091 - 001 - GAO**     Judgment - Page 2 of 2
DEFENDANT: **MYLES CONNOR**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   **time served**

The previous period of Supervised Release is REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____ on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal